Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant DELTA OUTSOURCE GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HARRIS and TIFFANY HARRIS, | Case No.: |
| Plaintiffs, | Shasta County Case No.:  12CV1453 |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(a) (FEDERAL QUESTION)** |
| DELTA OUTSOURCE GROUP, INC.; and DOES 1-20, INCLUSIVE, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant DELTA OUTSOURCE GROUP, INC., hereby removes to this Court the state court action described below:

1.      On December 19, 2012, an action was commenced in Superior Court, State of California, Shasta County, entitled SCOTT HARRIS AND TIFFANY HARRIS, Plaintiffs, v. DELTA OUTSOURCE GROUP, Defendant, as case number 12CV1453.

2.      On or about January 29, 2013, DELTA OUTSOURCE GROUP, INC., received the Summons and Complaint, attached hereto as **Exhibit A**.

3.      This Court has jurisdiction to hear this case because this action is a civil action of which this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(a)** in that it arises under the federal

1 | Fair Debt Collection Practices Act (**15 U.S.C. § 1692,** *et seq.*).

2 | Dated: February 8, 2013

ELLIS LAW GROUP, LLP

3

4 | By /s/ *Andrew M. Steinheimer*
Andrew M. Steinheimer

5 | Attorney for Defendant
DELTA OUTSOURCE GROUP, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(a) (FEDERAL QUESTION)

**EXHIBIT**

_A_

tabbies®

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

CONFORM COPY

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

DELTA OUTSOURCE GROUP, INC.; AND, DOES 1-20, INCLUSIVE,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

SCOTT HARRIS; AND, TIFFANY HARRIS,

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# FILED
DEC 19 2012
CLERK OF THE SUPERIOR COURT
BY: H. FARINSKY, DEPUTY CLERK

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: <br>(El nombre y dirección de la corte es:) Superior Court of California <br>County of Shasta - Shasta Courthouse <br>1500 Court Street, Redding, CA 96001 | CASE NUMBER: <br>(Número del Caso): <br>**12CV1453** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Matthew M. Loker, Esq. (SBN 279939), 2700 N. Main St., Ste. 1000, Santa Ana, CA 92705, 800-400-6808

| DATE:<br>(Fecha) DEC 19 2012 | Clerk, by<br>(Secretario) **H. FARINSKY** | , Deputy<br>(Adjunto) |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): DELTA OUTSOURCE GROUP, INC.

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other (specify): VIA CERTIFIED MAIL CCP 415.40
4. ☒ by personal delivery on (date): 1/7/2013

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1  **KAZEROUNI LAW GROUP, APC**
   Abbas Kazerounian, Esq. (SBN: 249203)
2  ak@kazlg.com
   Matthew M. Loker, Esq. (SBN: 279939)
3  ml@kazlg.com
4  2700 N. Main Street, Ste. 1000
   Santa Ana, CA 92705
5  Telephone: (800) 400-6808
   Facsimile: (800) 520-5523
6
   *Attorneys for Plaintiffs:*
7  Scott Harris; and, Tiffany Harris

8

9          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10         **COUNTY OF SHASTA – SHASTA COURTHOUSE - LIMITED**

11

12

13 **SCOTT HARRIS; and** ) Case No.:
   **TIFFANY HARRIS**      )
                           )            **12CV1453**
14                         )
          Plaintiffs,      ) **COMPLAINT FOR DAMAGES FOR**
15                         ) **VIOLATIONS OF:**
   v.                      )    **I.   THE FAIR DEBT COLLECTION**
16                         )          **PRACTICES ACE, 15 U.S.C. §1692,**
                           )          **ET SEQ.; AND,**
17 **DELTA OUTSOURCE GROUP, INC.; and** )  **II.  THE ROSENTHAL FAIR DEBT**
   **DOES 1-20, INCLUSIVE**            )       **COLLECTION PRACTICES ACT,**
                                       )       **CAL. CIV. CODE §1788, ET SEQ.**
18         Defendants.     )
                           ) **JURY TRIAL DEMANDED**
19 _____)

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

FILED

DEC 1 9 2012

CLERK OF THE SUPERIOR COURT
BY: H. FARINSKY, DEPUTY CLERK

CONFORM COPY

1.    The California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty, and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices.[1]

2.    SCOTT HARRIS; AND, TIFFANY HARRIS ("Plaintiffs"); by Plaintiffs' attorneys, bring this action to challenge the actions of DELTA OUTSOURCE GROUP, INC. ("Defendant"); with regard to attempts by Defendant, debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiffs, and this conduct caused Plaintiffs damages.

3.    Plaintiffs make these allegations on information and belief, with the exception of those allegations that pertain to Plaintiffs, or to Plaintiffs' counsel, which Plaintiffs allege on personal knowledge.

4.    While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

5.    Unless otherwise stated, Plaintiffs allege that any violations by Defendant were knowing and intentional, and that Defendant did not maintain procedures reasonably adapted to avoid any such violation.

6.    Unless otherwise indicated, the use of any Defendant's name in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of that Defendants named.

///

///

///

---

[1] Cal. Civ. Code §§ 1788.1 (a)-(b)

**COMPLAINT FOR DAMAGES**

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

## JURISDICTION AND VENUE

7. Jurisdiction of this Court is proper because the violations alleged herein occurred in the County of Shasta, State of California.

8. This action arises out of Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788-1788.32 ("RFDCPA").

9. Because Defendant does business within the State of California, personal jurisdiction is established.

10. Venue is proper.

11. At all times relevant, Defendant conducted business within the State of California.

## PARTIES

12. Plaintiffs are natural people who reside in the City of Redding, County of Shasta, State of California.

13. Defendant is located in the State of Missouri.

14. Plaintiffs are informed and believe, and thereon allege, that Defendant, in the ordinary course of business, regularly, on behalf of themselves or others, engage in "debt collection" as that term is defined by California Civil Code § 1788.2(b), and are therefore "debt collectors" as that term is defined by California Civil Code § 1788.2(c) and 15 U.S.C. § 1692a(6).

15. This case involves money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction. As such, this action arises out of a "consumer debt" and "consumer credit" as those terms are defined by Cal. Civ. Code § 1788.2(f) and a "debt" as that term is defined by 15 U.S.C. 1692a(5).

16. The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendants sued herein as DOES 1 through 20, inclusive, are unknown to Plaintiffs, who therefore sues these Defendants by such fictitious names, pursuant to the California Civil Procedure Code § 474. Plaintiffs is informed and believes, and thereon alleges that each Defendant designated as a DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

24. Specifically on November 29, 2012, Plaintiffs received telephonic communications from Defendant at 7:04 a.m.; and, 7:06 a.m. attempting to collect upon the alleged debt. Said contact at such an unusual time that Defendant knew or should have known would be inconvenient for Plaintiffs constitutes a violation 15 U.S.C. § 1692c(a)(1) which is incorporated into the RFDCPA through Cal. Civ. Code § 1788.17. Thus, Defendant has also violated Cal. Civ. Code § 1788.17.

25. Through this conduct, Defendant participated in communications with Plaintiffs concerning the alleged debt. Consequently, has also violated Cal. Civ. Code § 1788.17. In addition, Defendant has violated 15 U.S.C. § 1692c(a)(1).

**CAUSES OF ACTION CLAIMED BY PLAINTIFFS**

**COUNT I**

**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)**

**15 U.S.C. §§ 1692 ET SEQ.**

26. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

27. The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. §§ 1692 et seq.

28. As a result of each and every violation of the FDCPA, Plaintiff is entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages for a knowing or willful violation in the amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

/// 
/// 
/// 
/// 
/// 
///

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

## COUNT II

### VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### Cal. Civ. Code §§ 1788-1788.32 (RFDCPA)

[Against All Defendants]

29.   Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

30.   The foregoing acts and omissions constitute numerous and multiple violations of the RFDCPA.

31.   As a result of each and every violation of the RFDCPA, Plaintiff is entitled to any actual damages pursuant to Cal. Civ. Code § 1788.30(a); statutory damages for a knowing or willful violation in the amount up to $1,000.00 pursuant to Cal. Civ. Code § 1788.30(b); and reasonable attorney's fees and costs pursuant to Cal. Civ. Code § 1788.30(c) from each Defendant individually.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that judgment be entered against Defendants for:

- an award of actual damages, in an amount to be determined at trial, pursuant to 15 U.S.C. § 1692k(a)(1), against each named Defendants individually;

- an award of actual damages, in an amount to be determined at trial, pursuant to Cal. Civ. Code § 1788.30(a), against each named Defendant individually;

- an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), against each named Defendants individually;

- an award of statutory damages of $1,000.00, pursuant to Cal. Civ. Code § 1788.30(b), against each named Defendant individually;

- an award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3), against each named Defendants individually; and,

- an award of costs of litigation and reasonable attorney's fees, pursuant to Cal. Civ. Code § 1788.30(c), against each named Defendant individually.

1    any and all other relief that this Court deems just and proper.

2

3

4    Dated: November 30 , 2012                    Respectfully submitted,

5                                                 KAZEROUNI LAW GROUP, APC

6

7                                                 By: _Matthew M. Loker_
                                                  MATTHEW M. LOKER, ESQ.
8                                                 ATTORNEY FOR PLAINTIFFS

9

10

11                         **TRIAL BY JURY**

12   32.  Pursuant to the seventh amendment to the Constitution of the United States of America,

13        Plaintiffs are entitled to, and demand, a trial by jury.

14

15   Dated: November 30 , 2012                    Respectfully submitted,

16                                                 KAZEROUNI LAW GROUP, APC

17

18                                                 By: _Matthew M. Loker_
19                                                 MATTHEW M. LOKER, ESQ.
                                                  ATTORNEY FOR PLAINTIFFS
20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

**COMPLAINT FOR DAMAGES**                          PAGE 7 OF 7

1

**CERTIFICATE OF SERVICE**

2

I, Jennifer E. Mueller, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4 interested in the within entitled cause.  My business address is 740 University Avenue, Suite 100,

5 Sacramento, CA 95825.

6

On February 8, 2013, I served the following document(s) on the parties in the within action:

7

**NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(a) (FEDERAL QUESTION)**

| | | |
|---|---|---|
| 8<br>9 | X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| 10<br>11 | | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| 12<br>13<br>14 | | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| 15 | | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

16

| | |
|---|---|
| Matthew M. Loker<br>Kazerouni Law Group<br>2700 N. Main Street<br>Suite 1000<br>Santa Ana, CA 92705 | Attorneys for Plaintiffs SCOTT HARRIS AND TIFFANY HARRIS |

17

18

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is

21 a true and correct statement and that this Certificate was executed on February 8, 2013.

22

23

By _____

24 Jennifer E. Mueller

25

26

27

28

- 3 -